# IN THE SUPREME COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | NO. 153 |
| | : | |
| AMENDMENT OF IOLTA BOARD | : | DISCIPLINARY RULES DOCKET |
| REGULATIONS | : | |
| | : | |
| | : | |
| | : | |
| | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 7th day of August, 2017, it is **ORDERED** pursuant to Article V, Section 10 of the Constitution of Pennsylvania that the Regulations for the Pennsylvania Interest on Lawyers Trust Account Board in Subchapter B (Rules for Interest on Lawyers Trust Accounts) and Subchapter C (Minor Judiciary Interest on Trust Accounts) are amended in the attached form.

    To the extent that notice of proposed rulemaking would otherwise be required by Pa.R.J.A. No. 103, the immediate promulgation of the amendments is found to be in the interests of justice and efficient administration.

    This Order shall be processed in accordance with Pa.R.J.A. No. 103(b), and the amendments herein shall be effective immediately.

Additions are shown in bold and are underlined.
Deletions are shown in bold and brackets.